The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 26, 2018, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: July 26, 2018**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LAKE SHORE GAS STORAGE, INC., | ) ) | Case No. 17-17246 |
|    Debtor. | ) ) | Judge Arthur I. Harris |
| | ) | |
| LAKE SHORE GAS STORAGE, INC. & CHOWDER GAS STORAGE FACILITY, LLC, | ) ) ) | Adversary Proceeding No. 18-01033 |
|    Plaintiffs. | ) ) | |
| v. | ) ) ) | PRETRIAL MINUTES AND TRIAL SCHEDULING ORDER |
| FIRST NATIONAL BANK OF PENNSYLVANIA, | ) ) | |
|    Defendant. | ) | |

APPEARANCES BY: **S. Dahl**, for plaintiffs
**N. Sinn**, for defendant

The Court held a pretrial conference on July 24, 2018, at which all parties requested a scheduling order. Therefore, in order to secure the just, speedy, and

inexpensive determination of this matter, the parties are directed to comply with the following deadlines:

(1) INITIAL DISCLOSURES. The Court has determined that compliance with the requirements of Fed. R. Civ. P. 26(a)(1) in this proceeding is not necessary.

(2) DISCLOSURE OF EXPERTS. No later than **August 31, 2018**, any party intending to present expert testimony shall comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(2), made applicable to this matter under Bankruptcy Rules 7026 and 9014.

(3) DISCOVERY. All discovery, including depositions of fact and expert witnesses, shall be completed on or before **October 1, 2018**.

(4) DISPOSITIVE MOTIONS. The deadline for filing dispositive motions is **October 31, 2018.** Briefs in opposition are due on or before **November 21, 2018**. Any reply briefs shall be filed on or before **December 5, 2018.** No other briefs may be filed without leave of the Court.

(5) FINAL PRETRIAL CONFERENCE. A final pretrial conference will be held only if a party requests it. Any party desiring a final pretrial conference shall be responsible for conferring with the remaining counsel and contacting the

Courtroom Deputy, Ms. Stephanie Zelman-Thanasiu [(216) 615-4402], to schedule a final pretrial conference.

(6) TRIAL.  No trial date is scheduled at this time.

If any date indicated above creates a scheduling conflict, any party with such a conflict shall be responsible for conferring with the remaining counsel and the Courtroom Deputy, Ms. Stephanie Zelman-Thanasiu, [(216) 615-4402] no later than **August 24, 2018**, to schedule an acceptable alternate date.

This Order shall not be modified except by leave of Court upon good cause shown.  Failure to comply with this Order may result in dismissal of the action, default judgment, assessment of costs and attorney fees, and other appropriate sanctions.

IT IS SO ORDERED.