Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 18−01033−aih**

**In re:**

**Social Security No.:**

### *AMENDED NOTICE OF SCHEDULED STATUS CONFERENCE

*Anthony J. DeGirolamo, Ch. 11 Trustee v First National Bank of Pennsylvania

**To the Creditors and Parties in Interest:**

NOTICE IS HEREBY GIVEN THAT A STATUS CONFERENCE IS SCHEDULED FOR SEPTEMBER 18, 2018 AT 1:30 PM, IN COURTROOM 1A BEFORE THE HONORABLE ARTHUR I. HARRIS, UNITED STATES BANKRUPTCY COURT, HOWARD M. METZENBAUM U.S. COURTHOUSE, 201 SUPERIOR AVENUE, CLEVELAND, OHIO 44114.

**Dated:** August 10, 2018  
Form ohnb207

For the Court  
Teresa D. Underwood, Clerk