**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION, CLEVELAND**

---------------------------------------------------------x
In re:                                              :     Case No. 17-17245
                                                    :
CHOWDER GAS STORAGE FACILITY, LLC                   :
                                                    :
   an Ohio limited liability company,             :     Chapter 11
                                                    :
        Debtor.                                  :
                                                    :
                                                    :     Judge Arthur Harris
                                                    :
---------------------------------------------------------x
In re:                                              :     Case No. 17-17246
                                                    :
LAKE SHORE GAS STORAGE, INC.                        :
                                                    :
   an Ohio corporation,                            :     Chapter 11
                                                    :
        Debtor.                                  :
                                                    :
                                                    :     Judge Arthur Harris
                                                    :
---------------------------------------------------------x
ANTHONY J. DeGIROLAMO, TRUSTEE                      :
                                                    :     Adversary Proceeding No. 18-1033
        Plaintiff,                               :
                                                    :
   v.                                              :
                                                    :
FIRST NATIONAL BANK OF                              :
PENNSYLVANIA, successor by merger to                :

| | |
|---|---|
| PARK VIEW FEDERAL SAVINGS BANK | : |
| | : |
| Defendant. | : |

---------------------------------------------------------x

## STIPULATION OF DISMISSAL

Now comes Anthony J. DeGirolamo, Trustee and Plaintiff in the above-captioned adversary proceeding, and First National Bank of Pennsylvania, successor by merger to Park View Federal Savings Bank, by and through their respective under signed counsel and hereby submit this stipulation of dismissal of the instant adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to adversary proceedings in bankruptcy pursuant to Federal Rule of Bankruptcy Proceeding 7041.

WHEREFORE, the instant adversary proceeding should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo (0059265)
3930 Fulton Dr., N.W., Ste. 100B
Canton, Ohio 44718
Telephone: 330-305-9700
Facsimile: 330-305-9713
Email: ajdlaw@sbcglobal.net

PLAINTIFF

/s/ *Nathaniel R. Sinn*
Matthew H. Matheney (0069974)
Gregory P. Amend (0081247)
Nathaniel R. Sinn (0088467)
Buckingham, Doolittle & Burroughs, LLC
1375 E. 9th Street, Suite 1700
Cleveland, Ohio 44114
Telephone: (216) 621-5300
Facsimile: (216) 621-5440
Email: mmatheney@bdblaw.com
nsinn@bdblaw.com  gamend@bdblaw.com

COUNSEL FOR FIRST NATIONAL
BANK OF PENNSYLVANIA

2

164202

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing Stipulation was served via regular U.S. Mail, postage prepaid, upon those listed below, this 10th day of December, 2018.

                                                 /s/ Anthony J. DeGirolamo
                                                 Anthony J. DeGirolamo

Matthew H. Matheney, Esq.
Gregory P. Amend, Esq.
Nathaniel R. Sinn, Esq.
Buckingham, Doolittle & Burroughs, LLC
1375 E. 9th Street, Suite 1700
Cleveland, Ohio 44114